IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
　　　　PELVIC REPAIR SYSTEM　　　　　　　　　　　　MDL NO. 2327
　　　　PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

ORDER
(Dismissing Certain Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss With Prejudice, filed by defendants, Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively the "Ethicon Defendants") pursuant to the procedures established by Pretrial Order No. 302. *See* Pretrial Order ("PTO") 302, *In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation,* 2:12-md-2327 at ECF No. 6020.

As stated in PTO No. 302, the court established certain procedures to prompt dismissals of settled cases. Under these procedures, the court directed the Ethicon defendants to file a motion to dismiss in each individual case where a plaintiff has provided an executed, valid release, and the defendants have authorized disbursement to the plaintiff of the settlement amount to which the plaintiff's counsel has agreed. Among other requirements, the court also mandated Ethicon to file a

declaration certifying the completion of certain procedures in conjunction with the motion to dismiss.

Upon review of the record in each case identified on Exhibit A, the defendants complied with these directives and procedures, and the plaintiffs have not filed any opposition. No other defendants remain in the cases on Exhibit A. It appearing to the court that the parties have jointly agreed to settle and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The court **DIRECTS** the Clerk to file a copy of this order in the individual cases listed on the attached Exhibit A, and to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:    August 10, 2018

        _____
        JOSEPH R. GOODWIN
        UNITED STATES DISTRICT JUDGE

# Exhibit A

| Civil Action Number | Case Name | ECF Number Corresponding to the Motion |
|---|---|---|
| 2:12-cv-02705 | Manfre et al v. Ethicon, Inc. et al | 26 |
| 2:12-cv-03417 | Holloway et al v. Ethicon, Inc. et al | 57 |
| 2:12-cv-03833 | Clark et al v. Johnson & Johnson et al | 39 |
| 2:12-cv-03887 | Panorese v. C. R. Bard, Inc. et al | 20 |
| 2:12-cv-04411 | Hart et al v. Ethicon, Inc. et al | 45 |
| 2:12-cv-04449 | Capps v. Ethicon, Inc. et al | 30 |
| 2:12-cv-04472 | Gibbons et al v. Johnson & Johnson et al | 28 |
| 2:12-cv-04590 | Caddell v. Ethicon, Inc. et al | 19 |
| 2:12-cv-04776 | Gomez v. Ethicon, Inc. et al | 40 |
| 2:12-cv-05185 | Miller et al v. Ethicon, Inc. et al | 40 |
| 2:12-cv-05186 | Thompson v. Ethicon, Inc. et al | 26 |
| 2:12-cv-05395 | Smith v. Ethicon, Inc. et al | 43 |
| 2:12-cv-05972 | Stevens et al v. Ethicon, Inc. et al | 31 |
| 2:12-cv-05974 | Trenidad v. Ethicon, Inc. et al | 29 |
| 2:12-cv-06029 | Alsobrooks v. Ethicon, Inc. et al | 19 |
| 2:12-cv-06055 | Odens et al v. Ethicon, Inc. et al | 25 |
| 2:12-cv-06130 | Jeffery et al v. Ethicon, Inc. et al | 27 |
| 2:12-cv-06132 | Tinsley et al v. Ethicon, Inc. et al | 23 |
| 2:12-cv-06317 | Cochran et al v. Ethicon, Inc. et al | 27 |

| | | |
|---|---|---|
| 2:12-cv-06430 | Lloyd v. Ethicon, Inc. et al | 27 |
| 2:12-cv-06564 | Hewitt et al v. Ethicon, Inc. et al | 29 |
| 2:12-cv-06579 | Henstrom et al v. Ethicon, Inc. et al | 25 |
| 2:12-cv-06736 | Sweeney v. Ethicon, Inc. et al | 23 |
| 2:12-cv-06739 | Collier et al v. Ethicon, Inc. et al | 24 |
| 2-12-cv-06914 | Stern v. Ethicon, Inc. et al | 26 |
| 2:12-cv-06958 | Weatherford et al v. Ethicon, Inc. et al | 32 |
| 2:12-cv-07239 | Huber et al v. Ethicon, Inc. et al | 28 |
| 2:12-cv-07664 | Stock et al v. Ethicon, Inc. et al | 23 |
| 2:12-cv-07913 | Lombera v. Ethicon, Inc. et al | 25 |
| 2:12-cv-08086 | Beranek et al v. Ethicon, Inc. et al | 17 |
| 2:12-cv-08188 | Estes v. Ethicon, Inc. et al | 17 |
| 2:12-cv-08192 | Hammack et al v. Ethicon, Inc. et al | 17 |
| 2:12-cv-08227 | Feldman et al v. Ethicon, Inc. et al | 18 |
| 2:12-cv-08234 | Roberts et al v. Ethicon, Inc. et al | 28 |
| 2:12-cv-08581 | Pace et al v. Ethicon, Inc. et al | 18 |
| 2:12-cv-08603 | Thomason et al v. Ethicon, Inc. et al | 15 |
| 2:12-cv-09008 | Gardner v. Ethicon, Inc. et al | 16 |
| 2:12-cv-09102 | Johnson et al v. Ethicon, Inc. et al | 15 |
| 2:12-cv-09342 | Martino et al v. Ethicon, Inc. et al | 17 |
| 2:12-cv-09517 | Dunn et al v. Ethicon Inc. et al | 12 |
| 2:12-cv-09627 | Johnson et al v. Ethicon, Inc. et al | 13 |

| | | |
|---|---|---|
| 2:12-cv-09680 | Martinez v. Ethicon, Inc. et al | 14 |
| 2:12-cv-09682 | Manning v. Ethicon, Inc. et al | 14 |
| 2:12-cv-09776 | Cook v. Ethicon, Inc. et al | 14 |
| 2:12-cv-09827 | Hosseini et al v. Ethicon, Inc. et al | 15 |
| 2:12-cv-09828 | Snyder et al v. Ethicon, Inc. et al | 15 |
| 2:12-cv-09832 | Morris et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-09841 | Burns v. Ethicon, Inc. et al | 11 |
| 2:12-cv-09921 | Prouty et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-09927 | Coone v. Ethicon, Inc. et al | 15 |
| 2:12-cv-09932 | Early v. Ethicon, Inc. et al | 13 |
| 2:13-cv-00151 | Morman et al v. Ethicon, Inc. et al | 20 |
| 2:13-cv-01261 | Turner et al v. Ethicon, Inc. et al | 25 |
| 2:13-cv-01492 | Drake et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-01533 | Delia et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-01587 | Cardwell et al v. Ethicon, Inc. et al | 20 |
| 2:13-cv-02072 | Gray v. Ethicon, Inc. et al | 15 |
| 2:13-cv-02476 | Helmick v. Ethicon, Inc. et al | 15 |
| 2:13-cv-02479 | Marshall v. Ethicon, Inc. et al | 15 |
| 2:13-cv-02730 | Collins et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-02800 | August v. Ethicon, Inc. et al | 15 |
| 2:13-cv-02895 | Nihan et al v. Ethicon, Inc. et al | 19 |
| 2:13-cv-02941 | Bradley et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-03517 | Brenner et al v. Ethicon, Inc. et al | 16 |